UNITED STATES COURT OF INTERNATIONAL TRADE

```
------------------------------------------------------------------ X
ROCKWELL AUTOMATION INC., f/k/a Rockwell        :
Automation/Allen-Bradley Co., LLC,              :
                                                :
        Plaintiff,                              :
                                                :
        v.                                      :     No. 13-185 (TJA)
                                                :
UNITED STATES OF AMERICA,                       :
                                                :
        Defendant.                              :
------------------------------------------------------------------ X
```

**JOINT STATUS REPORT**

Plaintiff, Rockwell Automation, Inc. ("Rockwell"), and Defendant, the United States (the "Government"), by and through undersigned counsel, hereby submit this joint status report in accordance with the Court's order of February 2, 2016.

The issue common to this action is the classification, under the Harmonized Tariff Schedule of the United States (HTSUS), of certain short-body timing relays (SBTRs) imported by Plaintiff. U.S. Customs and Border Protection (CBP) classified the merchandise in liquidation under HTSUS 9107.00.80 as time switches with a clock or watch movement or synchronous motor, and assessed duties accordingly; Plaintiff asserts that the merchandise is properly classified under HTSUS 8536.49.00 as electrical relays, at a lower rate of duty. To date, twenty related cases concerning this issue, including the case at bar, have been filed in the Court of International Trade, involving dozens of different models of SBTRs. One case, No. 03-0007, was selected as a lead case and was litigated on the merits, the Court granting summary judgment in Plaintiff's favor. *Rockwell Automation, Inc. v. United States* (*Rockwell I*), 31 C.I.T. 692 (2007). A separate judgment order was subsequently published, 31 C.I.T. 788 (2007), from which the Government did not appeal.

Since *Rockwell I* was decided, Plaintiff's and Government counsel have worked diligently together to dispose of all of the related cases. The parties have been able to work out stipulated judgments on agreed statements of facts based on *Rockwell I* in eighteen other cases, ten of which were entered by the Court in February 2020. Another action, Court No. 10-245, was dismissed because the entries could not be reconstructed.

As such, Court No. 13-185 is the lone remaining related case. CBP has determined that the reconstructed entries submitted at the end of 2019 are acceptable and advised that the agency has digitally signed the 11 reconstructed entries. CBP requested that plaintiff provide a draft stipulation using the wording and format that was used for the final master stipulated judgment in the other Rockwell cases. In addition, CBP requested plaintiff to revise the draft schedule previously provided to properly reflect entries that could not be reconstructed. On June 9, 2021 Plaintiff provided these documents to counsel for the defendant. The stipulation and schedule are currently under review by CBP.

|  |  |
|---|---|
| | Respectfully submitted, |
| BRIAN M. BOYNTON<br>Acting Assistant Attorney General | /s/ Patrick B. Klein<br>Patrick B. Klein<br>NEVILLE PETERSON LLP |
| JEANNE E. DAVIDSON<br>Director | One Exchange Plaza<br>55 Broadway, Suite 2602<br>New York, NY 10006 |
| /s/ Justin R. Miller<br>JUSTIN R. MILLER<br>Attorney-In-Charge<br>International Trade Field Office | (212) 635-2730<br>pklein@npwny.com<br><br>*Counsel for Rockwell Automation, Inc.* |

  /s/ Alexander J. Vanderweide
ALEXANDER J. VANDERWEIDE
Senior Trial Attorney
Civil Division, U.S. Dept. of Justice
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, NY 10278
(212) 264-9230 or 0482

*Counsel for the United States*

June 14, 2021