UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. THOMAS J. AQUILINO, JR., SENIOR JUDGE

|  |  |  |
|---|---|---|
| ROCKWELL AUTOMATION INC., f/k/a Rockwell Automation/Allen-Bradley Co., LLC, | : | |
| | : | |
| Plaintiff, | : | Court No. 13-00185 |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendant. | : | |

## <u>NOTICE REGARDING RETURN OF PROTESTS AND ENTRIES</u>

The Court entered a stipulated judgment on agreed statement of facts in this action on September 15, 2021.  *See* ECF No. 50.  Pursuant to 19 U.S.C. § 1514(a), "[w]hen a judgment or order of the United States Court of International Trade has become final, the papers transmitted shall be returned, together with a copy of the judgment or order to the Customs Service, which shall take action accordingly."

As a matter of practice, the Court on its own initiative typically returns entry papers for processing to the ports where the entries were filed.  However, in this case, we have been informed that U.S. Customs and Border Protection (CBP) personnel assigned to the relevant Center of Excellence and Expertise will process the papers at issue in this action.  We therefore respectfully request that the Court return all protests and entries in this action, along with a copy of the Judgment Order, to CBP addressed as follows:

> Supervisory Import Specialist Angela Guadamuz
> Electronics Center of Excellence and Expertise
> U.S. Customs and Border Protection
> 555 Battery Street, Room 423

San Francisco, CA 94111
Tel: 415-782-9283

We remain at the Court's disposal to furnish any additional information that it may

require.

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Justin R. Miller
JUSTIN R. MILLER
Attorney-in-Charge
International Trade Field Office

/s/ Alexander Vanderweide
ALEXANDER VANDERWEIDE
Senior Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, New York 10278
Attorneys for Defendants
(212) 264-0482 or 9230

Dated: October 6, 2021